UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| HERODINA NORIEGA, | No. C 11-6221 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |
| _____/ | |

On December 19, 2011, the Defendant in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of January 26, 2012. Dkt. No. 5. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the January 26 hearing and ORDERS Plaintiff Herodina Noriega to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 19, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on February 2, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge