UNITED STATES  DISTRICT COURT

Northern District of California

HERODINA NORIEGA,                              No. C 11-6221 MEJ

                    Plaintiff,              **ORDER TO SHOW CAUSE**

        v.

WELLS FARGO BANK, N.A.,

                    Defendant.

_____/

        On December 19, 2011, the Defendant in the above-captioned matter filed a Motion to
Dismiss, with a noticed hearing date of January 26, 2012.  Dkt. No. 5.  However, Plaintiff failed to
file an opposition pursuant to Civil Local Rule 7.  Accordingly, the Court hereby VACATES the
January 26 hearing and ORDERS Plaintiff Herodina Noriega to show cause why this case should not
be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a
declaration by January 19, 2012.  If Plaintiff files a responsive declaration, the Court shall either
issue an order based on the declaration or conduct a hearing on February 2, 2012 at 10:00 a.m. in
Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  If Plaintiff fails to
file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case
without a hearing.  Thus, it is imperative that Plaintiff file a written response by the deadline above.

        **IT IS SO ORDERED.**


Dated: January 10, 2012

                                        _____
                                        Maria-Elena James
                                        Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California