IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERODINA NORIEGA, | Case No. 11-6221 SC |
| Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Magistrate Judge James has issued a Report and Recommendation in which she recommends that the Court dismiss this case for failure to prosecute and failure to comply with court deadlines and orders. ECF No. 12. No objections have been filed. Having reviewed the Report and Recommendation, the Court finds it to be correct, well-reasoned, and thorough, and therefore ADOPTS it in every respect. Accordingly, the Court DISMISSES Plaintiff Herodina Noriega's action against Wells Fargo Bank, N.A.

IT IS SO ORDERED.

Dated: February 7, 2012

UNITED STATES DISTRICT JUDGE